IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 11-cr-00147-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    LUCIO VAZQUEZ,
2.    HUMBERTO TORRES,
3.    PEDRO CARRERA-CHAVEZ,

    Defendants.

_____

**ORDER**
_____

This matter comes before the Court on the parties' Stipulated Proposed Motions Schedule [Docket No. 68]. Good cause appearing, it is

ORDERED that the Court adopts the following filing deadlines for motions:

| Type of Motion | Filing Deadline | Response Deadline |
| --- | --- | --- |
| Discovery motions and motions challenging the face of the indictment | October 21, 2011 | November 4, 2011 |
| Wiretap motions other than challenges to the execution of the wiretap or requests for *Franks* hearings | November 29, 2011 | December 13, 2011 |
| All other pretrial motions, including suppression motions | November 29, 2011 | December 13, 2011 |

It is further ORDERED that counsel shall jointly contact Chambers via conference call (303-335-2794) no later than October 11, 2011 to schedule a hearing on the discovery motions and motions challenging the face of the indictment and an additional hearing on wiretap motions and other pretrial motions.

DATED October 6, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge